IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CRYSTAL WATSON**                                                                             **PLAINTIFF**

**v.**                            **Case No. 3:18-cv-00141-LPR**

**CENTURY MANAGEMENT LLC,**                                                          **DEFENDANTS**
**CENTURY MANAGEMENT INC.**
*Doing business as McDonald's*

## JUDGMENT

Pursuant to the Order filed on September 25, 2020, it is considered, ordered, and adjudged that judgment be entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 25th day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT